```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

YANDY REYES,

        Plaintiff,

  - against -

YAGER ESTHETICS ESTETICA, ET AL.,

        Defendants.

24-cv-3206 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **August 23, 2024.**

SO ORDERED.

Dated:    New York, New York
          August 9, 2024

                                      _____
                                         John G. Koeltl
                                United States District Judge