# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Stephen J. Riccardulli
+1 212-513-3541
Stephen.Riccardulli@hklaw.com

```
Application granted. SO ORDERED.

Dated August 23, 2024        /s/ John G. Koeltl
New York, New York           John G. Koeltl, U.S.D.J.
```

August 22, 2024

<u>VIA ECF</u>

Hon. John G. Koeltl, U.S.D.J.
U.S. District Court Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Reyes v. Yager Esthetics Estetica et al.,*
              Case No. 1:24-cv-03206-JGK
              **UNOPPOSED LETTER MOTION FOR AN ADJOURNMENT OF RULE 26(F) REPORT DEADLINE**

Dear Judge Koeltl:

We represent Defendant NewBeauty Media Group, LLC ("NewBeauty"). Per Plaintiff's representation, Defendant Yager Esthetics Estetica ("Yager") has been served and Yager's response deadline has not yet passed. For this reason, pursuant to Your Honor's Individual Rules and Practice 1(E), we respectfully request that the Rule 26(f) report ("Report") deadline be extended by thirty (30) days to allow for Yager to participate in a meet and confer regarding the Report. The current deadline for the parties to file the Report is August 23, 2024. This is NewBeauty's first request for an adjournment of the Report deadline.

We conferred with Plaintiff who <u>consents</u> to NewBeauty's request.

Sincerely yours,

HOLLAND & KNIGHT LLP

By: *[signature]*
Stephen J. Riccardulli

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey