UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YANDY REYES,

                        Plaintiff,           **24-CV-3206 (JGK) (VF)**

      -against-                               **ORDER**

YAGER ESTHETICS ESTETICA et al.,

                      Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint status update on the status of mediation and discovery by **Friday, May 30, 2025.**

    **SO ORDERED.**

DATED:    New York, New York
               April 8, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge