UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YANDY REYES,

               Plaintiff,

  - against -

YAGER ESTHETICS ESTETICA, ET AL.,

               Defendants.

24-cv-3206 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **Thursday, June 26, 2025**, at **12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            June 13, 2025

                                        John G. Koeltl
                                  United States District Judge