UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YANDY REYES,

                        Plaintiff,                    24-cv-3206 (JGK)

        - against -                                   ORDER

YAGER ESTHETICS ESTETICA, ET AL.,
                        Defendants.

---

JOHN G. KOELTL, District Judge:

The defendants should file the motion for summary judgment by **July 14, 2025**. The plaintiff should respond by **August 4, 2025**. The defendants may reply by **August 15, 2025**. The motion to compel, ECF No. 40, is **denied without prejudice**. The Clerk is directed to close ECF No. 40.


SO ORDERED.
Dated:   New York, New York
         June 26, 2025

                                        _____
                                            John G. Koeltl
                                        United States District Judge